

# NUMBER 13-23-00004-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF C.Y.S. AKA C.Y.

### On appeal from the County Court at Law No. 5
### of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Silva**
**Memorandum Opinion by Chief Justice Contreras**

Appellant, mother, filed a notice of appeal from the trial court's December 19, 2022 final order in this suit affecting the parent-child relationship. On January 24, 2023, appellant filed an unopposed amended motion to dismiss the appeal, stating that she no longer desires to pursue an appeal. Appellant's motion certifies that she conferred with appellee, the Texas Department of Family and Protective Services, who is unopposed to the relief requested in appellant's motion. *See* TEX. R. APP. P. 10.3(a)(2).

The Court, having considered appellant's motion, is of the opinion that the motion

should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's unopposed amended motion to dismiss is granted, and the appeal is hereby dismissed. *See* TEX. R. APP. P. 43.2. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at appellant's request, no motion for rehearing will be entertained.

DORI CONTRERAS
Chief Justice

Delivered and filed on the
2nd day of February, 2023.

2